STATE OF NEW JERSEY v. CLARENCE BURKS.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MANLEY HASKELL.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DWIGHT LEON MCNAIR.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DIRK WILLIAMS.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RAMON R. ASPRILLA.

June 7, 1988.

Petition for certification denied.